# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2014

Robert P. Young, Jr.,
Chief Justice

150308(14)(15)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

WALTER FILAS,
      Plaintiff-Appellant,

v

    SC: 150308
    COA: 323353
    Ingham CC: 14-000197-CZ

TEACHER TENURE COMMISSION, JAMES M.
PETRIE, KAREN K. LESLIE, NANCY DANHOF,
PATRICK MCKENNON, DAVID CAMPBELL,
ROBERT TAYLOR, and JAMES R. WARD,
      Defendants-Appellees.
_____/

      On order of the Chief Justice, the motions of plaintiff-appellant to exceed the page limit for his reply brief and to extend the time for filing that brief are GRANTED. The proposed reply brief that was previously submitted will be accepted as timely filed if re-filed on or before December 23, 2014.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2014

